259 So.2d 853

George HADLEY

v.

STATE of Alabama.

I Div. 171.

Court of Criminal Appeals of Alabama.

Aug. 24, 1971.

Rehearing Denied Sept. 14, 1971.

Thomas M. Haas and J. D. Quinlivan, Jr., Mobile, for appellant.

William J. Baxley, Atty. Gen., and John A. Yung, IV, Asst. Atty. Gen., for the State.

George Hadley was convicted of the offense of murder in the second degree by the Circuit Court of Baldwin County, Mashburn, J., and he appealed. The State moved to strike the transcript of the evidence and dismiss the appeal because the transcript was not filed with the Clerk of the Circuit Court of Baldwin County within 60 days from the date that notice of appeal was given.

Motion granted, record stricken, appeal dismissed.